906 A.2d 531

**AUH–HAHNEMANN, Petitioner,**

**v.**

**WORKERS' COMPENSATION APPEAL BOARD**
**(Ersie ABEJO), Respondents.**

Supreme Court of Pennsylvania.

July 27, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 27th day of July 2006, the Petition for Allowance of Appeal is denied.

Mr. Justice Saylor dissents, as he views the Commonwealth Court's present holding, which precludes Employer from requesting an IRE based upon its failure to make such a request within the sixty-day time limitation of Section 306(a.2)(1), *see* 77 P.S. 511.2(1), as inconsistent with the reasoning of *Gardner v. WCAB (Genesis Health Ventures)*, 585 Pa. 366, 382–84, 888 A.2d 758, 768 (2005).